IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTIN WALTERS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITIBANK, N.A.,<br><br>    Defendant. | Case No. 21-cv-02190-MMC<br><br>**ORDER CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES** |

The Court, by order filed concurrently herewith, having stayed plaintiff's claims pending arbitration, it is hereby ORDERED that the above-titled case is CLOSED for statistical purposes only. Nothing contained in this order shall be considered a dismissal or disposition of this action against defendant, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: May 12, 2021

MAXINE M. CHESNEY
United States District Judge